IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,       CV F 04 5166 OWW   WMW   P

  vs.            ORDER

DR. LOAIZA, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 11, 2003. The court has screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Loaiza, Dulay and Moore for deliberate indifference to his medical care, in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

    1.  Service is appropriate for the following defendants:

          DR. AUGUSTO LOAIZA

          MTA MOORE

          MTA DULAY

    2.  The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3)

summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed March 29, 2004.

3.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a.  Completed summons;

   b.  One completed USM-285 form for each defendant listed above; and

   c.  Four (4) copies of the endorsed amended complaint filed March 29, 2004.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 23, 2005**             _____/s/  William M. Wunderlich_____
mmkd34                                UNITED STATES MAGISTRATE JUDGE