IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,                    CV F 04 5166 OWW WMW   P

  vs.                                ORDER

DR. LOAIZA, et al.,

    Defendants.

On October 24, 2005, defendant Moore appeared by filing an answer to the complaint.  On November 4, 2005, defendant Dulay appeared by answer.   On February 8, 2006, the U.S. Marshal filed with the court an executed summons for defendants Moore and Dulay. There are no further responses required from defendants Moore and Dulay.

IT IS SO ORDERED.

**Dated:**   **February 28, 2006**            **/s/  William M. Wunderlich**
j14hj0                                             UNITED STATES MAGISTRATE JUDGE