IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,　　　　　　　　　　CV F 04 5166 OWW WMW   P

 vs.　　　　　　　　　　　　　　　ORDER RE MOTION (DOC 15)

DR. LOAIZA, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for an extension of time. In his motion, plaintiff seeks an extension of time, but fails to specify what he seeks an extension of time for. After plaintiff filed his motion, a scheduling order was entered, setting a schedule for the litigation. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time is denied.

IT IS SO ORDERED.

**Dated:   March 8, 2006**　　　　　　　　**/s/  William M. Wunderlich**
mmkd34　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1