IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,                    CV F 04 5166 OWW WMW   P

vs.                              ORDER RE MOTION (DOC 15)

DR. LOAIZA, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for an extension of time. Plaintiff filed a motion seeking an unspecified extension of time. The court notes that there are no outstanding deadlines other than those set forth in the November 16, 2005, scheduling order. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time is denied as moot.

IT IS SO ORDERED.

**Dated:   March 20, 2006**                  /s/  **William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE

1