IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,	CV F 04 5166 OWW WMW   P

vs.	ORDER

AUGUSTO LOAIZA, et al.,

    Defendants.

Defendants have filed a request for extension of time in which to complete discovery.  The court finds good cause to grant Defendants' Ex Parte Application For Order Extending The Time To Complete.  The last day to complete discovery in this matter is extended from July 18, 2006 to September 1, 2006.

IT IS SO ORDERED.

**Dated:   July 25, 2006**	    **/s/ William M. Wunderlich**
j14hj0	UNITED STATES MAGISTRATE JUDGE

1