1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   NATHANIEL O'SHEA MYERS,          )        1:04-cv-5166 OWW WMW P
                                       )
12        Plaintiff,                   )        ORDER GRANTING SUBSTITUTION
                                       )        OF ATTORNEY FOR DEFENDANT
13        v.                           )        AUGUSTO LOAIZA
                                       )        (DOCUMENT #38)
14   DR. AUGUSTO LOAIZA, et al.,       )
                                       )
15                                     )
          Defendants.                  )
16   _____ )

17        On July 14, 2006, a substitution of attorneys was submitted to the court, wherein the former

18   counsel for defendant Dr. Loaiza, Thomas David McCrackin, Esq.,  and  Patricia Tweedy, Esq.,

19   stipulate to a substitution of attorneys. Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Patricia S. Tweedy, Esq.,   is substituted as counsel for defendant Dr. Loaiza.IT IS SO
     ORDERED.
22
     J14hj0**Dated:     July 25, 2006**           **/s/  William M. Wunderlich**
23                                              UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28