IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL MYERS,

    Plaintiff,                               CV F 04  5166 OWW  WMW   P

    vs.                                           ORDER

AUGUSTO LOAIZA, et al.,

    Defendants.

       On September 18, 2006, Dr. Loaiza filed a motion for summary judgment.  In support of his motion, Dr. Loaiza lodged with the court a sealed deposition transcript.  Local Rule 39-141(a) provides that except as otherwise provided by statute or rule, documents may be sealed only upon written order of the court.   Local Rule 39-141(b) requires that requests to seal must be made even if federal law requires or permits the sealing of the document.  The request shall set forth the statutory or other authority for sealing, the requested duration, and all other relevant information.

       There is no record of a request to seal the deposition transcript.  Accordingly, IT IS HEREBY ORDERED that Dr. Loaiza is granted a thirty day period in which to file a motion to seal the deposition transcript.

IT IS SO ORDERED.

**Dated:     September 22, 2006**                **/s/  William M. Wunderlich**
mmkd34                                                  UNITED STATES MAGISTRATE JUDGE