IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,                      CV F 04 5166 OWW WMW   P

  vs.                                ORDER RE MOTION (DOC 44 )

AUGUSTO LOAIZA, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for an extension of time.  Plaintiff seeks an extension of time in order to exhaust his available administrative remedies.  Plaintiff is advised that he must have exhausted his available administrative remedies prior to filing suit.  The Court of Appeals has held that District Courts are required under Prison Litigation Reform Act (PLRA) to dismiss actions without prejudice where prisoner failed to exhaust administrative remedies prior to filing suit but was in process of doing so when motion to dismiss was filed.  McKinney v. Carey, 311 F.3d 1198 (9th Cir. 2002).

      Accordingly, Plaintiff's motion for an extension of time in which to exhaust his administrative remedies is denied.

1

1  IT IS SO ORDERED.

2  **Dated:     December 18, 2006**           **/s/  William M. Wunderlich**
   mmkd34                              UNITED STATES MAGISTRATE JUDGE