IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,               CV F 04 5166 OWW WMW P

  vs.                            ORDER VACATING FINDINGS
                                  AND RECOMMMEDATIONS

DR. LOAIZA, et al.,

    Defendants.

On March 29, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute. On April 23, 2007, Plaintiff filed objections to the findings and recommendations. Accordingly, IT IS HEREBY ORDERED that the March 29, 2007, recommendation of dismissal is vacated.

IT IS SO ORDERED.

Dated:   June 5, 2007                /s/ William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE