IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,                    CV F 04 5166 OWW WMW P

    vs.                            ORDER RE: FINDINGS & RECOMMENDATIONS (#74)

DR. LOAIZA, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On September 10, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Objections were to be filed within tweny days. On September 24, 2007, plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 10, 2007, are adopted in full; and

2. Defendant Loaiza's motion for summary judgment is granted.  Judgment is entered in favor of Defendant Loaiza and against Plaintiff.  This matter is remanded to the Magistrate Judge for pretrial proceedings as to Defendants Dulay and Moore.

Dated: ____September 27, 2007____          /s/ OLIVER W. WANGER_____
                                           OLIVER W. WANGER
                                           United States District Judge