IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL O'SHEA MYERS,

    Plaintiff,                       CV F 04 5166 OWW WMW P

    vs.                               ORDER RE: FINDINGS & RECOMMENDATIONS (#78)

DR. AUGUSTO LOAIZA, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On December 21, 2007, findings and recommendations were entered, recommending that the motion for summary judgment by Defendants Dulay and Moore be granted in favor of Defendants and against Plaintiff.  Plaintiff was provided an opportunity to file objections within thirty days.   On January 8, 2008, Plaintiff  filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on December 21, 2007, are adopted in full; and

    2. Defendants' motion for summary judgment is granted in favor of Defendants Dulay and Moore. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:  January 30, 2008**      /s/ Oliver W. Wanger
                 UNITED STATES DISTRICT JUDGE